UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 21-21375-CIV-MORENO**

BRIANNA TIFFANY CORTINA,

      Plaintiff,

vs.

ANTHEM INC.,

      Defendant.

_____/

## ORDER GRANTING MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss (**D.E. 5**), filed on **April 16, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED by default as the Plaintiff failed to file a response and the time for doing so has now passed. *See* S.D. Fla. L.R. 7.1(c) ("[E]ach party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default."). The Court agrees with the motion that the Complaint lacks sufficient allegations to state a claim of a hostile work environment based on Plaintiff's national origin under the Florida Civil Rights Act. The allegations also fail to sufficiently allege retaliation under the Florida Civil Rights Act. Accordingly, the case is dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th of May 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record